CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
February 03, 2026
LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
DEPUTY CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.
MICHAEL ANTONIO DAVID, Jr.

*Defendant(s)*

Case No. 7:26mj22

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 7, 2025 in the county of Roanoke in the Western District of Virginia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S. Code § 922(g)(1) | Possession of a firearm having previously been convicted of a felony |

This criminal complaint is based on these facts:

See accompanying affidavit

☑ Continued on the attached sheet.

STEPHEN FOSTER (Affiliate) Digitally signed by STEPHEN FOSTER (Affiliate) Date: 2026.02.03 13:27:10 -05'00'

*Complainant's signature*

Stephen D. Foster, ATF Task Force Officer

*Printed name and title*

Sworn to and attested to by telephone.

Date: 2/3/2026

*Judge's signature*

City and state: Roanoke, VA

C. Kailani Memmer, United States Magistrate Judge

*Printed name and title*