# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

United States of America
v.

MICHAEL ANTONIO DAVID, Jr.

*Defendant*

Case No. 7:26mj22

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL ANTONIO DAVID, Jr. , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 922(g)(1); Possession of a firearm having previously been convicted of a felony

Date: 02/03/2026

Issued by reliable electronic means.

*Issuing officer's signature*

City and state: Roanoke, Virginia

Hon. C. Kailani Memmer U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* __________ , and the person was arrested on *(date)* __________ at *(city and state)* __________ .

Date: __________

*Arresting officer's signature*

*Printed name and title*