CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
February 06, 2026
LAURA A. AUSTIN, CLERK
BY: s/ K. SAVILLE
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

FILED
in the Middle District of North Carolina
February 5, 2026
3:34 pm
Clerk, US District Court
By: dmk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:26mj33 |
| | ) | |
| MICHAEL ANTONIO DAVID, JR. | ) | |

**ORDER**

The defendant having demonstrated eligibility for appointment of counsel at government expense, Assistant Federal Public Defender Ames C. Chamberlin is directed to provide representation in this action.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

Date: February 5, 2026

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

FILED
in the Middle District of
North Carolina
February 5, 2026
3:34 pm
Clerk, US District Court
By: dmk

United States of America
v.
MICHAEL ANTONIO DAVID, JR.
*Defendant*

Case No. 1:26mj33

Charging District's Case No. 7:26mj22

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Western District of Virginia.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☑ ~~an identity hearing, production of the warrant, and any~~ preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: February 5, 2026

*Defendant's signature*

*Signature of defendant's attorney*

Ames C. Chamberlin
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

FILED
in the Middle District of
North Carolina
February 5, 2026
3:35 pm
Clerk, US District Court
By: dmk

United States of America
v.

MICHAEL ANTONIO DAVID, JR.
*Defendant*

Case No. 1:26mj33

Charging District's
Case No. 7:26mj22

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Western District of Virginia, *(if applicable)* ______________ division. The defendant may need an interpreter for this language: ______________.

The defendant: will retain an attorney.

X is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: February 5, 2026

/s/ L. Patrick Auld
*Judge's signature*

L. Patrick Auld, United States Magistrate Judge
*Printed name and title*