CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
MAR 05 2026
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
MARCH 2026 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 7:26CR6 |
| v. ) | **INDICTMENT** |
| MICHAEL ANTONIO DAVID, Jr. ) | **In Violation of:** |
| ) | 18 U.S.C. § 922(g)(1) |

**COUNT ONE**

The Grand Jury charges that:

1. On or about February 7, 2025, in the Western District of Virginia, the defendant, MICHAEL ANTONIO DAVID, Jr., knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, to wit, an Armscor of the Philippines, Model 206, Caliber .38 Spl, Revolver and a Taurus, Model G2C, 9mm, Semi-Automatic Pistol, said firearms having been shipped and transported in interstate and foreign commerce.

2. All in violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE**

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

   a. any firearms and ammunition involved or used in the commission of said offenses, or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. If any of the above-described forfeitable property, as a result of any act or

omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL this the 5th day of March 2026.

/s/ FOREPERSON
FOREPERSON

ROBERT N. TRACCI
ACTING UNITED STATES ATTORNEY

MATTHEW M. MILLER
EXECUTIVE ASSISTANT UNITED STATES ATTORNEY