Defense Exhibit B

FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF VIRGINIA
210 FIRST STREET, SW, SUITE 400
ROANOKE, VIRGINIA 24011
(540) 777-0880
FAX: (540) 777-0890

Heidi Bohn
Assistant Federal Public Defender
(540) 777-0888 (Direct)

Mary E. Maguire
Federal Public Defender
(540) 777-0895

---

May 7, 2026
Dear AUSA John Beamer,
Via email to john.beamer@usdoj.gov
Re: *United States v. Michael Antonio David, Jr.*

Dear Mr. Beamer,

I would like to request the following additional discovery in this case:

1. Any and all Roanoke Police Department and Gang Intel Unit (GIU) directives, policies and procedures governing the use of personal cell phones while on duty;

2. Any and all Roanoke Police Department and GIU directives, policies and procedures addressing the use of dispatch and preservation of dispatch records;

3. Any and all Roanoke Police Department and GIU directives, policies and procedures addressing the use of duty cell phones and preservation of duty cell phone records;

4. Any and all Roanoke Police Department and GIU directives, policies and procedures addressing the use of communication apps while out in the field or engaged in operations;

5. Any and all Roanoke Police Department and GIU directives, policies and procedures governing traffic enforcement / control;

6. Any and all recordings of dispatch calls and radio runs for officers involved in the surveillance, traffic stop, K-9 request(s) and K-9 deployment on February 7, 2025 as it relates to the Nissan Sentra bearing license plate P44SHB, Jaquan Taylor, and Michael David, Jr.

7. The body-worn camera footage provided in discovery shows both Sgt. Barber and J.F. Cobb making notes in separate notepads during the traffic stop. Please provide those notes
.

8. In his report, J.F. Cobb wrote, "On 2/07/2025 I was contacted by Detective. Newman in regards to Vadar." Please have Cobb answer the following in relation to that report:

    (a) How did Detective. Newman contact you on 2/07/2025?
    (b) How many times did Detective Newman or other involved officers contact you on 2/07/2025?
    (c) At what time(s) did Detective Newman or other involved officers contact you on 2/07/2025?
    (d) What was the content of the communication(s) Newman and any other involved officers made to you on 2/07/2025?
    (e) What was the content of the communication(s) you made to Newman and any other involved officers on 2/07/2025?
    (f) Is the content of that communication preserved in writing, digital media, or recordings?

9. In his report, Robert Newman wrote, "As the stop was being initiated I called a K9 officer to the scene and K9 handler Cobb responded to the stop." Please have Newman answer the following in relation to that report:

    (a) Did Detective Newman use his personal cell phone or work cell phone to call for a K9 officer on 2/07/2025?
    (b) What was the content of the phone call(s) Detective. Newman made to have a K9 officer respond to the traffic stop on 2/07/2025?
    (c) What was the content of the phone call(s) Detective. Newman had with J.F. Cobb on 2/07/2025?
    (d) Is the content of that communication preserved in writing, digital media or recording?

10. In his report, Detective N.J. Houch wrote, "Once the stop was made and David and Taylor were detained Detectives began to make arrangements to have a narcotics K9 head towards the stop based on David's narcotics and weapons law history." Please have Houch and any other officer with knowledge answer the following in relation to that report:

    (a) What method(s) of communication did detectives use to make arrangements to have a narcotics K9 head towards the traffic stop on 2/07/2025?
    (b) What was the content of all the communications made to make arrangements to have a narcotics K9 head towards the traffic stop on 2/07/2025?
    (c) What was the content of all communications made between any officer or detective and any and all K9 officers on 2/07/2025?
    (d) Is the content of that communication preserved in writing, digital media or recording?

11. Which, if any, communication apps were used by officers involved in the surveillance, traffic stop, and K9 search involving Michael David, Jr. on 2/07/2025?

12. What was the content of any communications made on communication apps used by officers involved in the surveillance, traffic stop, and K9 search involving Michael David, Jr. on 2/07/2025?

13. Did officers use their personal cell phones to communicate regarding the surveillance, traffic stop, and K9 search involving Michael David, Jr. on 2/07/2025?

    (a) If officers used their personal cell phones, which officers did so?
    (b) If officers used their personal cell phones, what cell phone carrier(s) did each officer have on 2/07/2025??
    (c) If officers used their personal cell phones, what were their cell phone numbers on 2/07/2025?

14. Did officers use their duty cell phones to communicate regarding the surveillance, traffic stop, and K9 search involving Michael David, Jr. on 2/07/2025?

    (a) If officers used their duty cell phones, which officers did so?
    (b) If officers used their duty cell phones, what cell phone carrier(s) did each officer have on 2/07/2025??
    (c) If officers used their duty cell phones, what were their duty cell phone numbers on 2/07/2025?

Thank you for your attention to these requests. If you do not believe any of the requested material is discoverable or disclosable, please let me know as soon as possible so the court can address any motion to compel discovery should it be necessary and appropriate to file one.

Thank you,

Heidi Bohn

Counsel for Mr. David