# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

United States of America
V
Michael Antonio David, Jr.

## EXHIBIT AND WITNESS LIST

Case Number: 7:26cr6

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert S. Ballou | John Beamer | Heidi Bohn/Tessa Adkins |
| TRIAL DATES | COURT REPORTER | COURTROOM DEPUTY |
| 6/4/2026 | Sindie Bragg | Kelly Brown |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION AND EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| x | | 06/4/2026 | | | Stephen Foster, ATF-TFO, sworn | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.