**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 7:26-cr-00006** |
| | ) | |
| **MICHAEL ANTONIO DAVID, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# DEFENDANT'S MOTION TO SEAL EXHIBITS

Michael Antonio David, Jr., by counsel, Heidi I. Bohn, moves to seal Exhibits B, C, D, E, F, G, H, M, and N of the motion to revoke the detention order on the basis that they contain sensitive information regarding discoverable materials in Mr. David's case. The exhibits include case discovery that was provided by the government and is subject to the protective order in this case. Placing these documents under seal will protect the confidential information contained in the exhibits. No alternative to sealing will adequately protect against the potential harm that could result from dissemination of the information contained in the exhibits.

Accordingly, Mr. David requests that Exhibits B, C, D, E, F, G, H, M, and N, which will be provided electronically to the deputy clerk of the United States District Court for the Western District of Virginia, be placed under seal.

Respectfully submitted,
MICHAEL ANTONIO DAVID, JR.

By: /s/
Counsel

Heidi I. Bohn, Esq.
Assistant Federal Public Defender
Virginia Bar Number 98916
Attorney for Mr. David

Office of the Federal Public Defender
210 First Street, SW, Suite 400
Roanoke, VA 24011
Telephone: (540) 777-0888
Fax: (540) 777-0890
Email: Heidi_Bohn@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

/s/ Heidi I. Bohn
Heidi I. Bohn