CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED
September 28, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ E. Jones
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:26-cr-00006** |
| | ) | |
| **MICHAEL ANTONIO DAVID, JR.** | ) | |

## ORDER

I ordered the Government to forensically download and review relevant officers' phones for Rule 16, *Brady*, *Giglio*, and Jencks Act material. *See* Dkt. 94. In that review the Government has located potentially responsive material in privileged text threads. The Government notified defense counsel and this Court of the issue, and the parties agreed on the following solution, which I adopt and incorporate into my previous Order, Dkt. 94.

(1) The Government is authorized to read otherwise privileged materials during the course of its examination, but its review is limited to messages that include the parties' agreed-upon search terms; (2) the Government will continue to question the officers about whether there are discoverable messages—i.e., messages falling within the scope of the Government's discovery obligations under Rule 16, *Brady*, *Giglio*, and the Jencks Act—that may fall outside of the date ranges identified in the Court's Order; and (3) for purposes of identifying Rule 16, *Brady*, *Giglio*, and Jencks Act material in the officers' messages, the Government will review messages within the identified date ranges that include the parties' agreed-upon search terms.

It is so **ORDERED**.

Entered: September 28, 2026

*Robert S. Ballou*

Robert S. Ballou
United States District Judge