IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case Number: 7:26-CR-00006 |
| | ) | |
| MICHAEL ANTONIO DAVID, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF HEARING**

Please take notice that on December 22, 2026, at 2:00 p.m., the undersigned counsel for Defendant Michael Antonio David, Jr., will present argument and evidence in support of the Defendant's Consolidated Motion and Memorandum to Dismiss Indictment and Disqualify First Assistant United States' Attorney (Doc. 133).

MICHAEL ANTONIO DAVID, JR.

By: /s/Paul G. Beers
Of Counsel

Paul G. Beers (VSB # 26725)
Glenn, Feldmann, Darby & Goodlatte
111 Franklin Road, S.E., Suite 200
P. O. Box 2887
Roanoke, Virginia 24001-2887
Telephone (540) 224-8035
Facsimile (540) 224-8050
Email: pbeers@glennfeldmann.com

Counsel for Defendant

Certificate of Service

I hereby certify that on November 12, 2026, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/Paul G. Beers
Paul G. Beers