CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

November 24, 2026
LAURA A. AUSTIN, CLERK
BY: /s/ E. Jones
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 7:26-cr-00006** |
| | ) | |
| **MICHAEL ANTONIO DAVID, JR.** | ) | |

## ORDER

By order dated November 24, 2026 (attached), Chief Judge Albert Diaz of the United States Court of Appeals for the Fourth Circuit designated and assigned the Honorable Catherine C. Eagles, Senior United States District Judge for the Middle District of North Carolina to sit in this district to hear and determine the pending motion to dismiss the Indictment and disqualify the current First Assistant United States Attorney for the Western District of Virginia (Dkt. 133). That motion is transferred to the Honorable Catherine C. Eagles for all purposes.

It is so **ORDERED.**

Entered: November 24, 2026

Robert S. Ballou

Robert S. Ballou
United States District Judge

# ORDER DESIGNATING DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT TO HEAR SPECIFIC MOTIONS

WHEREAS, matters are pending in the United States District Court for the Western District of Virginia in which a party has filed a consolidated motion seeking the dismissal of indictment and the disqualification of the First Assistant United States Attorney for that District;

WHEREAS, pursuant to the authority vested in me by Title 28, United States Code, Section 292(b), I may designate and assign a judge from another district within this Circuit for limited purposes in the interest of maintaining public confidence in the impartial administration of justice,

THEREFORE, I hereby designate and assign the Honorable Catherine C. Eagles, Senior United States District Judge for the Middle District of North Carolina, to sit in the Western District of Virginia for the limited purpose of hearing and determining pending and future motions concerning the dismissal of indictment and disqualification of the First Assistant United States Attorney in the case of United States of America v. Michael Antonio David, Jr., Criminal Action No. 7:26-cr-00006-RSB-CKM-1.

This designation extends only to such motions and any ancillary or related proceedings necessary to their resolution.

Albert Diaz
Chief Judge
Fourth Circuit

Dated: November 24, 2026